**GEORGE F. DARRAGH, JR.**
**Assistant U.S. Attorney**
**U.S. Attorney's Office**
**P.O. Box 3447**
**Great Falls, MT 59403**
**119 First Ave. North, #300**
**Great Falls, MT 59401**
**Phone: (406) 771-2033**
**Fax: (406) 453-9973**
**E-mail: George.darragh@usdoj.gov**

**ATTORNEY FOR DEFENDANT**
**UNITED STATES OF AMERICA**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**MISSOULA DIVISION**

| | |
|---|---|
| **BRETT WALLACE; and STATE FARM MUTUAL AUTOMOBILE INSURANCE CO., an Illinois corporation, as subrogee of Wallace,** | **CV 14-227-M-DLC** |
| Plaintiff, | **STIPULATION FOR DISMISSAL** |
| vs. | |
| **UNITED STATES POSTAL SERVICE, a federal agency; and Does 1 - 3,** | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, acting by and through their respective counsel of record, that the claims of plaintiff, Brett Wallace, against defendant, United States of America, may be dismissed with prejudice as fully compromised and settled on the merits, each party to bear their own costs and expenses.

**DATED** this 16th day of March, 2015.

**MICHAEL W. COTTER**
**United States Attorney**


**/s/GEORGE F. DARRAGH, JR.**
**Assistant U. S. Attorney**
**Attorney for Defendant**


**HASH, O'BRIEN, BIBY & MURRAY, PLLP**

**/s/ ANNE G. BIBY**
**Attorneys for Plaintiffs**