IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| BRETT WALLACE; and STATE FARM MUTUAL AUTOMOBILE INSURANCE CO., an Illinois corporation, as subrogee of Wallace,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES POSTAL SERVICE, a federal agency; and Does 1-3,<br><br>Defendants. | CV 14–277–M–DLC<br><br>ORDER |

The parties having filed a stipulated motion for dismissal with prejudice,

IT IS ORDERED that the motion (Doc. 7) is GRANTED.  This case is DISMISSED WITH PREJUDICE.

DATED this 16th day of March, 2015.

_____
Dana L. Christensen, Chief District Judge
United States District Court